

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00294-CR

**IN RE** Erica D. **HAYWOOD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:          Catherine Stone, Chief Justice
                       Sandee Bryan Marion, Justice
                       Patricia O. Alvarez, Justice

Delivered and Filed:  May 7, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 28, 2014, relator Erica Haywood filed a pro se petition for writ of mandamus complaining of certain conditions and issues related to her current incarceration in the Bexar County Adult Detention Center. Relator does not identify, challenge or complain of any specific action or order of the trial court. By statute, this court may only issue a writ of mandamus against a "judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction. We do not have jurisdiction to issue a writ of mandamus against prison officials or employees of the Texas Department of

---

[1] This proceeding arises out of Cause No. 2013-CR-2994, styled *The State of Texas v. Erica D. Haywood*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.

Criminal Justice. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH